FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 14 2021

TAMMY H. DOWNS, CLERK

DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

**CASE NO.** 4:21-cv-01205-LPR-PSH

**Jury Trial:** ☒ **Yes** ☐ **No**
**(Check One)**

I.     Parties

In item A below, place your full name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.     Name of plaintiff: Walter Kimble
ADC # 601717

Address: #30 Southern Valley Dr. Morrilton AR 72110

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

This case assigned to District Judge Rudofsky
and to Magistrate Judge Harris

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.     Name of defendant: Shane West

Position: Jail Administrator

Place of employment: Conway County Detention Center

Address: #30 Southern Valley Dr. Morrilton, AR 72110

Name of defendant: Mike Hardy

Position: Detention Officer

-4-

Place of employment: _Conway County Detention Center_

Address: _#30 Southern Valley Dr, Morrilton, Ak 72110_

Name of defendant: _Dr. Elkins_

Position: _Jail Doctor_

Place of employment: _Conway County Detention Center_

Address: _#30 Southern Valley Dr. Morrilton, Ak 72110_

Name of defendant: _Officer Newman_

Position: _Detention Officer_

Place of employment: _Conway County Detention Center_

Address: _#30 Southern Valley Dr. Morrilton, Ak 72110_

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☑    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____    No ✓

B.    If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐    Court (if federal court, name the district; if state court, name the county):

_____

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed?  Was it appealed?
Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV.    Place of present confinement: ___Conway County Detention Center___

#30 Southern Valley Dr. Morrilton, Ar 72110 _____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

___✓___ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _✓_    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?
yes

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is
involved.  Include also the names of other persons involved, dates, and places.  Do not give
any legal arguments or cite any cases or statutes.  If you intend to allege a number of related
claims, number and set forth each claim in a separate paragraph.  (Use as much space as you
need.  Attach extra sheets if necessary.)

On Nov. 12th, 2021 I Walter Kimble was booked into the C.C.D.C
An upon arrival as I was being assesed in they asked me my Religion And
I replied Muslim, An also what foods I didn't eat I told them (pork) or any
(pork) products are against my religion & religious beliefs so the next morning which was
Nov. 13th 2021 at breakfast I was given a (pork) sausage which I had no clue because I
told them I didn't eat (pork) in my intake packet so later after eating breakfast my
body didn't feel right And I eventually threw up And I didn't know what was going on
with me So I tried to tough it out but come the 14th they came with the same kind of
breakfast tray so I examined the tray and asked the (Jailor Newman) was that a (pork) sausage
on the tray And he replied yes I then told him why would he give me a (pork) sausage
And I let them know I didn't eat (pork) And he replied they didn't know So I Requested to
talk to (Jail Admin.) (Shane West) but the (Jail Admin.) sent (Jailor) (Mike Hardy) to talk to me And we
could not come to know kind of Resolution. He told me basically accidents happen & I asked him
could I be taken to the hospital he told me I had to wait to see the jail doctor even tho
I was was feeling bad at the time. He said the the jail Doctor comes on Friday and this
was on a monday. When I seen the (Jail Doctor) (Elkins) he never examined me or Nothing all
he done was argued with me telling me they didn't serve (pork) at this facility which is not true And he
told me the Doctor visit was over And it costed me $20.00. So back to later that day on Monday I went
to board hearing and seen (Jail Admins) told him about situation and he told talked to me like it was my fault
by saying why would you eat something if you don't know what it is And I replied well what good is it to
Ask me in the intake process if I can't trust the process and later told him why don't you D.R me if your not going

## VII. Continuation from Statement of Claim

to Respect my Human AND Religious Rights he told me the conversation was over an that (Def. Officer) (Mike Hardy) had already Resolved the issue but the issue is far from being over or Resolved I would like for justice to take place on behalf of me and my Religions for Any other person that comes through this facility so they won't have to endure what I've experienced.

VIII.  Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like to recieve monetary Relief AND that they have more trained professionals handle situations like these.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this ___9th___ day of ___December___, 20 _21_ .

_Walter Kuhl_

_____

_____

Signature(s) of plaintiff(s)

-8-

My Request  11/15/21

(Sheriff) Mike Smith this is Walter Kimble AND with all due Respect I was booked into your jail Friday evening I let them Know my Religion is Islam there fore I do not eat pork so the next morning I was given a pork Sausage at breakfast without Knowing an my stomach has been feeling real unruly I haven't eating (pork) since I was 15 years of age an also they told me I need to see a doctor which makes no sense to me AND I really hate this occured because it not only defiles me, AND my Religious beliefs but the Integrity of this facility as well.

Response by (Jail Admin) S. West  11/15/21 at 8:39 A.M

So you eat something without Asking what it is. Your Request is not a Request or question its a Statement.

My Grievance: 11/17/21

On Nov. 12th 2021 I was booked in the C.C.D.C An upons my intake I was asked about things I didn't eat AND I told them (pork) AND its also against my (Religion) which they asked that to so the Next morning which was the 13th they gave me a (pork) Sausage on my breakfast tray an the only way I found out is because my body was feeling terrible an I threw up so the next day they came with the same meal AND I asked the (Deaofficer) (woman) was that (pork) on the tray And he said yes I then told him I don't eat pork AND its also against my Religion AND I don't understand why I was asked what I did an did not eat of it was going to be given to me anyway I talked to the (Jail Admin) (Shane West) and he told me why would I eat something if I didn't Know what it was AND I also requested medical attention AND still have not received it seems to me why would you ask me what I eat or don't eat AND it still means nothing so I've tried to work it out but its gotten me no where.    Back Back

Response By Jail Admin" 11/17/21

I have spoke to you at your request on this issue where you wanted me to O,R you on your current charges. You were asking this happen in exchange for you eating a piece of sausage I stopped you and told you to not attempt to influence me. You also never said you needed medical attention during our conversation. Only that I should help you out because its this time of the year and you wanted to spend it with your Kids I there ended that conversation. I have also told you as other request that if you need or want medical you need to put in a medical request. If you feel this issue has not been took care of you can request a 1983 form from the federal courts. I will not have anymore discussion on this matter as I have already answered.

My Request  11/17/21

I was not trying to pvesuade you to O.R me but if I'm going to gives food thats against my Religion or doesn't agree with my body yes I would like to be O.R ed to Avoid this situation its not like I'm here because I want to be I'm being held against my will but that doesn't mean I don't have rights an you can mistreat me.

Response by (Jail Admin.) S. West on (11.17.21) At. 11:33 A.M
    Request Reviewed

My Request  12/2/2021

Dear, Mr. West I would like to request a copy of every Request, medical, an grievance form I've filled out since I've been in custody of the Conway County Detention Center which would be from Nov 12th, 2021 until Now Dec. 2nd, 2021 I need copies because without them its hendering my due process in having my case Reviewed in civil court. I wouldn't have bothered you if there was a way I could get copies from back here in the pod off a Kiosk machine but since I can't I'm asking if you could please provide.

Response By (Jail Admin.) S. West on 12/2/2021 at 10:32 A.M
    You can copy them down on paper.

My Medical Request   Nov. 17, 2021

Need to see a doctor haven't been Right since I Ate that (pork)
on Nov. 13th (Mike Hardy) [Det. Off.] told me he would get me to doctor, but it had
to be the jail doctor (Dr. Elkins).

Response by ~~(Jail Admin)~~ ~~(S. Watson)~~ [(Det. Off.) (A. Hardy)] on 11.19.21 at. 3:33 p.m

On List.

12.10.21

I've sent every Request <sup>medical</sup> & grievance form pertaining to this incident I had to do it by hand because they wouldn't copy nothing for me if its possible would you copy what needs be copied everything is word for word, I exhausted all remedies to the grievance process. Thanks

I had to handwrite everything from Kiosk machine.

Kimble, Walter
**Conway County**
**Detention Center**
**#30 Southern Valley Dr.**
**Morrilton, Arkansas 72110**
**Phone: 501-354-9027**



Pro Se Clerk
600 West Capitol Avenue, Room A 149
Little Rock, AR 72201