IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER KIMBLE**  **PLAINTIFF**
**ADC #601717**

v.    No: 4:21-cv-01205-LPR-PSH

**SHANE WEST**, *et al.*    **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 4), and the objections filed by Mr. Kimble (Doc. 11). After a careful and *de novo* review of the PFR and record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.[1]

IT IS THEREFORE ORDERED THAT:

1. Mr. Kimble's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith.

---

[1] I'm not sure I would have stated all the points of law in the exact same way Judge Harris stated them. But I agree completely with her analysis of the lack of viability of the claims made in light of controlling precedent.

IT IS SO ORDERED this 31st day of May 2022.

                                                                         _____
                                                                         LEE P. RUDOFSKY
                                                                         UNITED STATES DISTRICT JUDGE