IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER KIMBLE**  **PLAINTIFF**
**ADC #601717**

v.  No: 4:21-cv-01205-LPR-PSH

**SHANE WEST,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Walter Kimble's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 31st day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE